# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 05/08/2019 |
| Case: 1−19−40603−nhl | Form ID: 318DI7 | Total: 37 |

**Recipients of Notice of Electronic Filing:**
tr          Alan Nisselson          anisselson@windelsmarx.com
aty        Kevin Zazzera           kzazz007@yahoo.com

                                                                                                                                                  TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Diane J Signorile          32 Franklin Ln          Apt C          Staten Island, NY 10306−6102
smg        NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg        NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg        NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg        Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
9500816    American Express National Bank          c/o Becket and Lee LLP          PO Box 3001          Malvern PA 19355−0701
9449365    Capital One          Attn: Bankruptcy          PO Box 30285          Salt Lake City, UT 84130−0285
9449366    Capital One Bank USA N          PO Box 30281          Salt Lake City, UT 84130−0281
9449367    Chase Auto          PO Box 901003          Fort Worth, TX 76101−2003
9449368    Chase Card Services          Correspondence Dept          PO Box 15298          Wilmington, DE 19850−5298
9449369    Citibank/Sears          Attn: Bankruptcy          PO Box 6275          Sioux Falls, SD 57117−6275
9449370    Citicards Cbna          Citi Bank          PO Box 6077          Sioux Falls, SD 57117−6077
9449371    Citicards Cbna          PO Box 6217          Sioux Falls, SD 57117−6217
9449372    ConServe          200 Cross Keys Office Park          Fairport, NY 14450−3510
9449373    Convergent Outsourcing Inc          800 SW 39th St Ste 100          Renton, WA 98057−4975
9449374    Credit First N A          6275 Eastland Rd          Brookpark, OH 44142−1301
9449375    Credit First National Association          Attn: Bankruptcy          PO Box 81315          Cleveland, OH 44181−0315
9449376    Del Rey Tanzi & Gavin          148 New Dorp Ln          Staten Island, NY 10306−3004
9449377    Fiore Law Firm, PC          623 N Railroad Ave          Staten Island, NY 10304−3914
9449378    Forster & Garbus, LLP          60 Vanderbilt Motor Pkwy          Commack, NY 11725−5710
9449379    Freedom Mortgage Corp          10500 Kincaid Dr          Fishers, IN 46037−9749
9449380    Freedom Mortgage Corporation          Attn: Bankruptcy          PO Box 50428          Indianapolis, IN 46250−0401
9449381    Kohls/Capital One          Kohls Credit          PO Box 3120          Milwaukee, WI 53201−3120
9449382    Kohls/capone          N56 W 17000 Ridgewood Dr          Menomonee Falls, WI 53051
9449383    Max D Leifer , PC          135 W 26th St Ste 11          New York, NY 10001−6833
9449384    Mazda Capital Services c/o Chase          PO Box 78074          Phoenix, AZ 85062−8074
9449386    Midland Funding          2365 Northside Dr Ste 30          San Diego, CA 92108−2709
9449385    Midland Funding          2365 Northside Dr Ste 300          San Diego, CA 92108−2709
9449387    New York State Dept of Taxation & Financ          PO Box 5300          Albany, NY 12205−0300
9449388    Portfolio Recov Assoc          120 Corporate Blvd Ste 1          Norfolk, VA 23502−4952
9449389    Portfolio Recovery Associates LLC          PO Box 12914          Norfolk, VA 23541−0914
9449390    Sears/Cbna          PO Box 6217          Sioux Falls, SD 57117−6217
9449391    Selip & Stylianou, LLP          199 Crossways Park Dr          Woodbury, NY 11797−2016
9449392    Td Bank USA/Targetcred          PO Box 673          Minneapolis, MN 55440−0673
9449393    Tnb−Visa (TV) / Target          C/O Financial & Retail Services Mailstop          PO Box 9475          Minneapolis, MN 55440−9475

                                                                                                                                                  TOTAL: 35