United States Bankruptcy Court
Eastern District of New York

In re:
Diane J Signorile
Debtor

Case No. 19-40603-nhl
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0207-1 User: admin Page 1 of 2 Date Rcvd: May 08, 2019
Form ID: 318DI7 Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.

```
db             Diane J Signorile,   32 Franklin Ln,   Apt C,   Staten Island, NY  10306-6102
smg           +NYC Department of Finance,   345 Adams Street,   Office of Legal Affairs,
                Brooklyn, NY 11201-3739
smg           +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
                Albany, NY 12240-0001
9449367        Chase Auto,   PO Box 901003,   Fort Worth, TX  76101-2003
9449371        Citicards Cbna,   PO Box 6217,   Sioux Falls, SD  57117-6217
9449372        ConServe,  200 Cross Keys Office Park,   Fairport, NY  14450-3510
9449376        Del Rey Tanzi & Gavin,   148 New Dorp Ln,   Staten Island, NY  10306-3004
9449378       ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
              (address filed with court:  Forster & Garbus, LLP,   60 Vanderbilt Motor Pkwy,
                Commack, NY  11725-5710)
9449377        Fiore Law Firm, PC,   623 N Railroad Ave,   Staten Island, NY  10304-3914
9449379       +Freedom Mortgage Corp,   10500 Kincaid Dr,   Fishers, IN 46037-9764
9449380        Freedom Mortgage Corporation,   Attn: Bankruptcy,   PO Box 50428,
                Indianapolis, IN  46250-0401
9449383       +Max D Leifer , PC,   135 W 26th St Ste 11,   New York, NY 10001-6809
9449384        Mazda Capital Services c/o Chase,   PO Box 78074,   Phoenix, AZ  85062-8074
9449390        Sears/Cbna,   PO Box 6217,   Sioux Falls, SD  57117-6217
9449391        Selip & Stylianou, LLP,   199 Crossways Park Dr,   Woodbury, NY  11797-2016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 08 2019 18:44:12
                NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
                Albany, NY 12205-0300
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 08 2019 18:43:49
                Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
9500816        EDI: BECKLEE.COM May 08 2019 22:38:00     American Express National Bank,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
9449365        EDI: CAPITALONE.COM May 08 2019 22:38:00     Capital One,   Attn: Bankruptcy,   PO Box 30285,
               Salt Lake City, UT  84130-0285
9449366        EDI: CAPITALONE.COM May 08 2019 22:38:00     Capital One Bank USA N,   PO Box 30281,
               Salt Lake City, UT  84130-0281
9449368        EDI: CHASE.COM May 08 2019 22:38:00     Chase Card Services,   Correspondence Dept,
                PO Box 15298,   Wilmington, DE  19850-5298
9449369        EDI: CITICORP.COM May 08 2019 22:38:00     Citibank/Sears,   Attn: Bankruptcy,   PO Box 6275,
                Sioux Falls, SD  57117-6275
9449370        EDI: CITICORP.COM May 08 2019 22:38:00     Citicards Cbna,   Citi Bank,   PO Box 6077,
                Sioux Falls, SD  57117-6077
9449373       +EDI: CONVERGENT.COM May 08 2019 22:38:00     Convergent Outsourcing Inc,
                800 SW 39th St Ste 100,   Renton, WA 98057-4927
9449374       +EDI: CRFRSTNA.COM May 08 2019 22:38:00     Credit First N A,   6275 Eastland Rd,
                Brookpark, OH 44142-1399
9449375        EDI: CRFRSTNA.COM May 08 2019 22:38:00     Credit First National Association,
                Attn: Bankruptcy,   PO Box 81315,   Cleveland, OH  44181-0315
9449381        E-mail/Text: bncnotices@becket-lee.com May 08 2019 18:43:35     Kohls/Capital One,
                Kohls Credit,   PO Box 3120,   Milwaukee, WI  53201-3120
9449382       +E-mail/Text: bncnotices@becket-lee.com May 08 2019 18:43:35     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
9449386        EDI: MID8.COM May 08 2019 22:38:00     Midland Funding,   2365 Northside Dr Ste 30,
                San Diego, CA  92108-2709
9449385        EDI: MID8.COM May 08 2019 22:38:00     Midland Funding,   2365 Northside Dr Ste 300,
                San Diego, CA  92108-2709
9449387        E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 08 2019 18:44:12
                New York State Dept of Taxation & Financ,   PO Box 5300,   Albany, NY  12205-0300
9449389        EDI: PRA.COM May 08 2019 22:38:00     Portfolio Recovery Associates LLC,   PO Box 12914,
                Norfolk, VA  23541-0914
9449388        EDI: PRA.COM May 08 2019 22:38:00     Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
                Norfolk, VA  23502-4952
9449392        EDI: WTRRNBANK.COM May 08 2019 22:38:00     Td Bank USA/Targetcred,   PO Box 673,
                Minneapolis, MN  55440-0673
9449393        EDI: WTRRNBANK.COM May 08 2019 22:38:00     Tnb-Visa (TV) / Target,
                C/O Financial & Retail Services Mailstop,   PO Box 9475,   Minneapolis, MN  55440-9475
                                                                                          TOTAL: 20
```

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

District/off: 0207-1 User: admin Page 2 of 2 Date Rcvd: May 08, 2019
Form ID: 318DI7 Total Noticed: 35

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:

Alan Nisselson anisselson@windelsmarx.com, theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com
Kevin Zazzera on behalf of Debtor Diane J Signorile kzazz007@yahoo.com
Office of the United States Trustee USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Diane J Signorile** | Social Security number or ITIN | **xxx−xx−9083** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of New York** | | |
| Case number: | **1−19−40603−nhl** | | |

## Order of Discharge of Debtor(s)

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

Diane J Signorile

**BY THE COURT:**

Dated: May 8, 2019

s/ Nancy Hershey Lord
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named in the order. This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**