| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Diane J Signorile** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx−xx−9083** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | |
| Case number: **1−19−40603−nhl** | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Nancy Hershey Lord <br>
United States Bankruptcy Judge

Dated: June 10, 2019

**BLfnld7** [Final Decree 7 rev 12/01/15]